**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Rodney Lee Rogers, Sr., Appellant.

Appellate Case No. 2014-000980

Appeal From Greenwood County
Thomas L. Hughston, Jr., Circuit Court Judge

Unpublished Opinion No. 2016-UP-245
Submitted April 1, 2016 – Filed June 1, 2016

**AFFIRMED**

Oscar W. Bannister, of Bannister, Wyatt & Stalvey, LLC, of Greenville, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General David A. Spencer, both of Columbia; and Solicitor David Matthew Stumbo, of Greenwood, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Stone*, 285 S.C. 386, 387, 330 S.E.2d 286, 287 (1985) ("[A]

defendant's failure to object to the charge as made or to request an additional charge, when an opportunity has been afforded to do so, results in a waiver of his right to complain about the charge on appeal."); *State v. Gentry*, 363 S.C. 93, 100, 610 S.E.2d 494, 498 (2005) ("[S]ubject matter jurisdiction is the power of a court to hear and determine cases of the general class to which the proceedings in question belong, and . . . issues related to subject matter jurisdiction may be raised at any time." (citation omitted)); *id.* at 101, 610 S.E.2d at 499 ("Circuit courts obviously have subject matter jurisdiction to try criminal matters."); *id.* at 102 n.6, 610 S.E.2d at 499 n.6 ("[A] presentment of an indictment or a waiver of presentment is not needed to confer subject matter jurisdiction on the circuit court.").

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.